**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | **CIVIL NO. 26-4208** |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **19th** day of **June 2026**, upon review of Plaintiff's Complaint (ECF No. 1), Plaintiff's Motion for a Preliminary Injunction (the "Motion") (ECF No. 3), and the docket, it is hereby **ORDERED** as follows:

1. Plaintiff and Defendants shall **MEET AND CONFER** between the date of the filing of this Order through **June 23, 2026 at 12:00 p.m. (noon)** to discuss whether an evidentiary hearing is necessary, or whether Plaintiff's Motion (ECF No. 3) can be decided on briefs alone.

2. The parties shall file a joint status report on or before **June 23, 2026 at 4:00 p.m.**, indicating whether either party is requesting an evidentiary hearing. If the parties determine that an evidentiary hearing is necessary, the parties shall also detail in their June 23, 2026 joint status report (1) what specific facts need to be determined and why at the evidentiary hearing, and (2) what specific witnesses will be called to establish these facts. If evidence is necessary, it will only be on disputed facts that are germane to the legal issues to be determined by this Court. Witnesses shall be prepared by counsel accordingly to testify only as to disputed facts germane to the legal issues.

3. Defendants shall file a Response to Plaintiff's Motion (ECF No. 3) on or before **June 24, 2026 at 12:00 p.m. (noon)**. Should the parties indicate in their June 23, 2026 joint

status report that an evidentiary hearing is not necessary, Defendants may instead file their Response to Plaintiff's Motion on or before **June 25, 2026** at 4:00 p.m.

4. The Court intends to set aside **June 26, 2026** at 9:00 a.m. for an evidentiary hearing and/or argument on Plaintiff's Motion (ECF No. 3).

5. Plaintiff is **DIRECTED** to provide a copy of this Order to Defendants as soon as possible and no later than **June 20, 2026** at 9:00 a.m.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**