**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>CITY OF PHILADELPHIA; CHERELLE PARKER, Mayor of Philadelphia, in her official capacity; LAWRENCE KRASNER, District Attorney of Philadelphia, in his official capacity; RENEE GARCIA, City Solicitor of Philadelphia, in her official capacity,<br><br>       Defendants. | No. 2:26-cv-4208<br><br>**NOTICE OF APPEARANCE** |

Please take notice that the undersigned attorney, Bronwyn Nayci, of the United States Department of Justice, Civil Division, hereby enters her appearance as counsel on behalf of Plaintiff the United States of America in the above-captioned case.

DATED: June 22, 2026

Respectfully submitted,

/s/ Bronwyn Nayci
BRONWYN NAYCI
United States Department of Justice, Civil Division
Enforcement & Affirmative Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 598-6429
Fax: (202) 305-7000
e-mail: Bronwyn.h.nayci@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2026, a true and correct copy of the foregoing document was electronically filed using CM/ECF, which will provide electronic notice and an electronic link to this document to all attorneys of record.

                                              */s/ Bronwyn Nayci*
                                              BRONWYN NAYCI