**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 2:26-cv-4208-CFK |
| CITY OF PHILADELPHIA; CHERELLE PARKER, Mayor of Philadelphia, in her official capacity; LAWRENCE KRASNER, District Attorney of Philadelphia, in his official capacity; RENEE GARCIA, City Solicitor of Philadelphia, in her official capacity, | |
| Defendants. | |

## JOINT STATUS REPORT

Pursuant to the Court's June 19, 2026 order (ECF No. 4), the parties respectfully submit the following Joint Status Report.

On June 22, 2026, the parties met and conferred regarding the topics in the Court's order. Both sides agreed that an evidentiary hearing is not necessary to resolve the pending motion for a preliminary injunction (ECF No. 3), so neither side is requesting such a hearing.

The parties are prepared to present argument to the Court on Friday, June 26, 2026 at 9:00 a.m. if it would aid the Court's consideration of the pending motion.

1

DATED: June 23, 2026

*/s/ David L. Axelrod*
DAVID L. AXELROD
FACUNDO BOUZAT
J. CHESLEY BURRUSS
Ballard Spahr
1735 Market St. 51st Floor
Philadelphia, PA 19103
Tel: 215-665-8500
Email: axelrodd@ballardspahr.com

*Attorneys for Defendants*

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

POOJA MAJMUNDAR
BRONWYN NAYCI
Trial Attorneys

*/s/ Charles E.T. Roberts*
CHARLES E.T. ROBERTS
Counsel to the Assistant Attorney General
United States Department of Justice
Civil Division
950 Pennsylvania Ave., NW
Washington, DC 20530
Tel: (202) 305-1141
Email: charles.roberts2@usdoj.gov

*Attorneys for the United States of America*

2

## **CERTIFICATION**

I hereby certify that on June 23, 2026, a copy of the foregoing was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

*/s/ Charles E.T. Roberts*
CHARLES E.T. ROBERTS