**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | **CIVIL NO. 26-4208** |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| *Defendants.* | : | |

**NOTICE**

**AND NOW**, this **23rd** day of **June 2026**, upon review of the parties' Joint Status Report

(ECF No. 15), and the docket, the Court hereby **NOTICES** the parties that it will decide

Plaintiff's Motion for a Preliminary Injunction (ECF No. 3) on the parties' submissions. The

parties do not need to appear in Court on June 26, 2026 at 9:00 a.m.

**BY THE COURT:**

**/s/ Chad F. Kenney**
_____

**CHAD F. KENNEY, JUDGE**