**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA,** | : | |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | **CIVIL NO. 26-4208** |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| *Defendants.* | : | |

## <u>ORDER</u>

**AND NOW**, this **2nd** day of **July 2026**, upon consideration of the Government's Motion for a Preliminary Injunction (ECF No. 3), Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction (ECF No. 18), and the docket, it is hereby **ORDERED** as follows:

1. The Government's Motion for a Preliminary Injunction (ECF No. 3) is **GRANTED** for the reasons stated in the accompanying memorandum opinion.

2. The Court **PRELIMINARILY ENJOINS** Defendants, the Defendants' officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with any of the Defendants, from implementing or enforcing Section 2, § 10-843, § 10-844, § 10-845, § 10-846 of Philadelphia City Council Bill 260060 as to federal agencies and officers.

3. This preliminary injunction is immediately effective upon the issuance of this Order.

4. The United States is not required to provide security. *See* Fed. R. Civ. P. 65(c).

**BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, JUDGE**
