## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF PHILADELPHIA; CHERELLE PARKER, Mayor of Philadelphia, in her official capacity; LAWRENCE KRASNER, District Attorney of Philadelphia, in his official capacity; RENEE GARCIA, City Solicitor of Philadelphia, in her official capacity,<br><br>        Defendants. | Case No. 2:26-cv-4208<br><br>**DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT, PURSUANT TO RULE 6(b)(1)(B)** |

Please take notice that Defendant Lawrence Krasner, District Attorney of Philadelphia, in his official capacity, hereby moves to extend the time to respond to the Complaint, pursuant to Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure. The bases and reasons for this motion are set forth in the accompanying Memorandum in Support of Defendant's Motion to Extend Time to Respond to the Complaint, Pursuant to Rule 6(b)(1)(B), and a proposed order is attached.

Dated: July 21, 2026

**BALLARD SPAHR LLP**

*/s/ David L. Axelrod*
David L. Axelrod, ID 323792
Chesley Burruss, ID 331521
Facundo Bouzat, ID 335101
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.665.8500
Facsimile: 215.864.8999
axelrodd@ballardspahr.com
burrussc@ballardspahr.com
bouzatf@ballardspahr.com

*Attorneys for Defendants*