**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA,** *Plaintiff,* | : | |
| **v.** | : | **CIVIL NO. 26-4208** |
| **CITY OF PHILADELPHIA, et al.,** *Defendants.* | : | |

**ORDER**

**AND NOW**, this **28th** day of **August 2026**, upon consideration of Plaintiff's Motion for Consolidated Briefing Schedule (the "Plaintiff's Motion") (ECF No. 35), and the docket, it is hereby **ORDERED** that Plaintiff's Motion (ECF No. 35) is **DENIED**.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**