**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA,** *Plaintiff,* | : | |
| **v.** | : | **CIVIL NO. 26-4208** |
| **CITY OF PHILADELPHIA, et al.,** *Defendants.* | : | |

## ORDER

**AND NOW**, this **24th** day of **September 2026**, upon consideration of Defendants' Motion to Dismiss Counts I and II in the Amended Complaint (the "Defendants' Motion") (ECF No. 37), and the docket, it is hereby **ORDERED** as follows:

1. Plaintiff shall file a Response to Defendants' Motion on or before **October 6, 2026**.
2. An **in person**, on the record hearing for the purposes of presenting oral argument on Defendants' Motion (ECF No. 37) is scheduled for **October 15, 2026 at 9:30 a.m.** in a Courtroom to be determined.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**