**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA,** *Plaintiff,* | : | |
| **v.** | : | **CIVIL NO. 26-4208** |
| **CITY OF PHILADELPHIA, et al.,** *Defendants.* | : | |

**ORDER**

**AND NOW**, this **5th** day of **November 2026**, upon consideration of Defendants' Motion to Dismiss Counts I and II in the Amended Complaint (the "Motion") (ECF No. 37), Plaintiff's Opposition to Defendants' Motion to Dismiss (ECF No. 39), Defendants' Reply in Support of Motion to Dismiss Counts I and II in the Amended Complaint (ECF No. 40), and the docket, it is hereby **ORDERED** as follows:

1. Defendants' Motion (ECF No. 37) is **GRANTED** for the reasons stated in the accompanying memorandum opinion.
2. Counts I and II in the Amended Complaint are **DISMISSED WITH PREJUDICE**.
3. The Clerk of Court is **DIRECTED** to **ADD** Monique Myatt Galloway, City Solicitor of Philadelphia, in her official capacity, as a Defendant in this case, and to **TERMINATE** Renee Garcia as a Defendant. *See* Fed. R. Civ. P. 25(d).
4. Defendants shall file an answer to the remaining Counts in the Amended Complaint on or before **November 19, 2026**.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**