**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA,** *Plaintiff,* | : | |
| **v.** | : | **CIVIL NO. 26-4208** |
| **CITY OF PHILADELPHIA, et al.,** *Defendants.* | : | |

**ORDER**

**AND NOW**, this **20th** day of **November 2026**, upon review of the docket, it is hereby **ORDERED** as follows:

1. Plaintiff and Defendants shall meet and confer on or before **December 4, 2026** to discuss their proposed path forward for this case. Specifically, the parties should consider whether any discovery is needed or whether this case can instead proceed directly to dispositive motions. The parties should also discuss a proposed briefing schedule for dispositive motions.
2. The parties shall file a proposed Scheduling Order on or before **December 9, 2026**.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**